```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT

SHANNON EDWARDS,                     :
                Plaintiff,           :
                                     :
        v.                           : Docket No. 2:06-CV-34
                                     :
STATE OF VERMONT                     :
DEPARTMENT OF CORRECTIONS,           :
ROBERT HOFFMAN, MICHAEL BLAISE,      :
DAVID MEYERS, KEITH TALLON,          :
                Defendants.          :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed July 17, 2007.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motion for summary judgment (Paper 39) is GRANTED.  All federal claims are DISMISSED with prejudice, and Edwards' remaining state law claims are DISMISSED without prejudice.

Dated at Burlington, in the District of Vermont, this 13th day of August, 2007.

                                    /s/ William K. Sessions III
                                    William K. Sessions III
                                    Chief Judge